# United States Court of Appeals
## For the First Circuit

No. 10-2009

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY C. HARRIS,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on October 14, 2011, should be amended as follows.

On page 9, line 8 of 2nd full paragraph, replace "bring" with "bringing".

On page 13, line 7 of 2nd paragraph, delete "a" between "is" and "collateral".